# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

MANONDA GRACE LATTIMORE )
_____ )
*Plaintiff(s)* )
(Write the full name of each plaintiff who is filing this complaint. )
If the names of all the plaintiffs cannot fit in the space above, )
please write "see attached" in the space and attach an additional )
page with the full list of names.) )
-v- )
)
)
U.S. Customs and Border Protection )
_____ et al. )
*Defendant(s)* )
(Write the full name of each defendant who is being sued. If the )
names of all the defendants cannot fit in the space above, please )
write "see attached" in the space and attach an additional page )
with the full list of names.) )

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes [✗] No

FILED
IN CLERKS OFFICE
2025 OCT 31 PM 5:35

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MANONDA GRACE LATTIMORE |
| Street Address | P. O Box 2743 #2007002 |
| City and County | Carson City, NV 89702 |
| State and Zip Code | |
| Telephone Number | 702-249-0117 |
| E-mail Address | Manondahattimore@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Please read the attached Supplemental Statement in Support of Question B - The Defendant(s).

Defendant No. 1
- Name: FBI
- Job or Title (if known): Office of General Counsel
- Street Address: 935 Pennsylvania Ave NW
- City and County:
- State and Zip Code: Washington DC 20535
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: CIA Office of General Counsel
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code: Washington, D.C. 20505
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: NSA National Security Agency Office of General Counsel
- Job or Title (if known):
- Street Address: 9800 Savage Road Suite 6248
- City and County: Fort George G. Meade MD
- State and Zip Code: 20755-
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: U.S. Customs and Border Protection (CBP)
- Job or Title (if known): Office of Chief Counsel
- Street Address: 1300 Pennsylvania Ave NW
- City and County: Washington, D.C. 20229
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. This action arises under the Constitution and laws of the United States within the meaning of 28 U.S.C. § 1331. The American with Disabilities Act (42 U.S.C. § 12132 § 12112;

Please See Supplemental Statement Attached

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

   b.  If the defendant is a corporation

   The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

   Please See attached Supplemental Statement Each of these damage claims is independent in calculation but unified in origin, arising from a continuous and coordinated pattern of Federal and contractor misconduct.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Please read the attached Supplemental Statement in Support of Section III (Statement of Claim) and IV (Relief Requested), which sets forth the complete factual narrative and legal basis for this Complaint, including Constitutional, APA, and administrative violations and detailed requested remedies.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Please read the attached Supplement Statement in Support of Section IV and question B.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-31-25

Signature of Plaintiff: *Manonda Grace Kittman*
Printed Name of Plaintiff: MANOODA GRACE Kittimore

### B. For Attorneys

Date of signing: _____

Signature of Attorney: N/A
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

### EXHIBIT C — POSSIBLE FEDERAL EXAM SCORE TAMPERING (MAY 1, 2024 CBLE)

**Submitted In Support Of:** Motion for Equitable Injunctive Relief and Judicial Oversight of Compliance

**Plaintiff:** Manonda Grace Lattimore

### Statement of Record

Following the May 1, 2024 U.S. Customs Broker License Examination (CBLE), Plaintiff filed a detailed administrative appeal identifying multiple contested questions. In its decision letter dated September 9, 2025, the CBP Broker Management Branch granted credit for Question 62, a question that Plaintiff did not appeal. No explanation was provided for this modification, and CBP did not indicate whether this change applied universally to all test-takers or selectively to Plaintiff.

An independent expert with over 30 years of professional CBLE instruction experience confirmed that the granting of credit for a non-contested question is "unheard of" in the history of the examination process. This action violates the customary review protocol, which limits credit adjustments to items formally appealed or universally invalidated through public notice.

### Probative and Legal Relevance

The selective crediting of Question 62, without transparency or policy basis, represents a potential instance of federal exam score tampering or improper administrative manipulation. When an unchallenged question receives credit—while properly justified appeals are denied—the inference arises that the grading process was not objective or uniformly applied.

Such conduct constitutes arbitrary and capricious action under 5 U.S.C. § 706(2)(A) of the Administrative Procedure Act (APA) and may also implicate violations of the Americans with Disabilities Act (42 U.S.C. § 12132) if disparate treatment affected an ADA-protected candidate.

The record demonstrates:

1. Procedural Irregularity – Credit was awarded for Question 62 despite no appeal being filed.
2. Lack of Transparency – CBP provided no explanation or evidence of uniform application to all examinees.
3. Deviation from Professional Standards – Instructor testimony indicates that this type of discretionary correction has no precedent in CBLE administration.

*page 2 of 2*

4. Possible Data or Record Alteration – The unexplained grade modification raises reasonable concern that the official exam record may have been altered or handled improperly outside standard review protocols.

## Conclusion

This irregularity materially undermines the credibility of CBP's exam grading process and supports Plaintiff's request for judicial intervention to ensure record preservation, equitable review, and independent verification of all CBLE scoring data.

Plaintiff respectfully requests that the Court treat this Exhibit as evidence of possible exam score tampering warranting immediate judicial inspection of CBP's grading records, audit logs, and internal correspondence related to the May 1, 2024 CBLE.

Respectfully submitted,

*/s/ Manonda Grace Lattimore*

Manonda Grace Lattimore
Plaintiff, Pro Se
P.O. Box 2743 #2007002
Carson City, NV 89702
Email: manondalattimore@gmail.com
Tel: (702) 249-0117
Dated: October 31, 2025

*page 2 of 2*