**Gmail**

Manonda Lattimore <manondalattimore@gmail.com>

---

# Request for Modification of Existing ADA Accommodations – CBLE (October 22, 2025)

2 messages

---

**Manonda Lattimore** <manondalattimore@gmail.com>                    Sat, Oct 18, 2025 at 8:55 PM
To: BROKERMANAGEMENT <brokermanagement@cbp.dhs.gov>, "HUBBARD, MELBA"
<MELBA.HUBBARD@cbp.dhs.gov>, "MACK, COURTNEY M" <COURTNEY.M.MACK@cbp.dhs.gov>

Dear CBP Broker Management Office,

I am writing to respectfully request a modification to my existing ADA-approved accommodations for the upcoming Customs Broker License Examination (CBLE) scheduled for October 22, 2025.

**As detailed in the attached letter**, I seek to **add** an additional feature to ensure full and equitable access under Title II of the ADA and Section 504: the opportunity to verbally clarify or defend my exam responses in person before a qualified CBP or PSI representative (an alternative assessment method recognized under federal disability law).

I remain prepared to sit for the October 22 exam if no modification is authorized, but I respectfully request acknowledgment of this correspondence and confirmation of how CBP intends to proceed. To ensure timely coordination, **please provide a written response no later than October 21, 2025.**

Thank you for your time and consideration. Please confirm receipt of this message and the attached letter.

Warm regards,

Manonda Grace Lattimore

P.O. Box 2743 #2007002

Carson City, NV 89702

(702) 249-0117

manondalattimore@gmail.com

Attachment: Formal Request for ADA Accommodation Modification – CBLE (Oct 22, 2025).pdf

Sent via Certified Mail and Email for record verification.

---

📄 **ADA Request 10-18-25.pdf**
273K

---

**BROKERMANAGEMENT** <brokermanagement@cbp.dhs.gov>                    Mon, Oct 20, 2025 at 12:49 PM
To: Manonda Lattimore <manondalattimore@gmail.com>
Cc: "QURESHI, MOHAMMAD O" <MOHAMMAD.O.QURESHI@cbp.dhs.gov>

Good afternoon,

Broker Management has received your request for an additional reasonable modification for the October 22nd, 2025 Customs Broker License Exam. Unfortunately, we cannot update your reasonable modification request after the registration period closes, as is stated on our website.

Regarding your request for the rescheduling of your exam to a date between November 1st and November 20th, 2025, unfortunately, your request will not be granted. Per 19 CFR 11.13 (b), *"[e]xaminations will be given on the fourth Wednesday in April and October unless the regularly scheduled examination date conflicts with a national holiday, religious observance, or other foreseeable event and the agency publishes in the Federal Register an appropriate notice of a change in the examination date."*

Additionally, 19 CFR 111.13 (c) states that Special Examinations, examinations given on any date other than the fourth Wednesday in April and October, may be given *"[i]f a partnership, association, or corporation loses the required member or officer having an individual broker's license (see § 111.11(b) and (c)(2)) and its license would be revoked by operation of law under the provisions of 19 U.S.C. 1641(b)(5) and § 111.45(a) before the next scheduled examination, CBP may authorize a special examination for a prospective applicant for an individual license who would serve as the required licensed member or officer."* It also states that *"CBP may authorize a Special Examination for an individual for purposes of continuing the business of a sole proprietorship broker."*

As such, Broker Management is unable to provide a special examination date because you do not meet the above-noted regulatory specifications.

You also requested to take the examination in person. At this time, the examination vendor has completed scheduling of remote and in person testing appointments and changes to exam modality can no longer be made. Requests to change exam modality must be made prior to the close of registration.

Finally, your request to verbally defend your responses in person will not be granted. You will, however, have an opportunity to appeal in writing after the exam and after you receive your final score. Should you wish to appeal your examination results following the distribution of score notification letters, you may follow the exam appeal instructions found on our website here: How to Appeal Your Customs Broker License Exam Result | U.S. Customs and Border Protection.

Sincerely,

Broker Management Branch

Commercial Operations, Revenue, and Entry (CORE) Division

Office of Trade, Trade Policy and Programs

Customs and Border Protection

**From:** Manonda Lattimore <manondalattimore@gmail.com>
**Sent:** Saturday, October 18, 2025 8:56 PM
**To:** BROKERMANAGEMENT <brokermanagement@cbp.dhs.gov>; melba.hubbard@cbp.dhs.gov; MACK, COURTNEY M <COURTNEY.M.MACK@cbp.dhs.gov>
**Subject:** Request for Modification of Existing ADA Accommodations – CBLE (October 22, 2025)

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option. If on a mobile device, please "Forward as Attachment" to CBPSOC@cbp.dhs.gov

[Quoted text hidden]

 Gmail                                    **Manonda Lattimore <manondalattimore@gmail.com>**

---

## Automatic reply: Legal Clarification and ADA Reconsideration Request – CBLE Scheduled for October 22, 2025- Lattimore

1 message

---

**QURESHI, MOHAMMAD O** <MOHAMMAD.O.QURESHI@cbp.dhs.gov>                Mon, Oct 20, 2025 at 10:04 PM
To: Manonda Lattimore <manondalattimore@gmail.com>

Hello,

I am currently out of the office. For immediate inquiries, please contact Mariana Santibanez-Doyle at Mariana.Santibanez-Doyle@cbp.dhs.gov

Thank you,

Omar Qureshi
Branch Chief
Broker Administration Branch
Commercial Operations, Revenue and Entry
U.S. Customs and Border Protection (CBP)

 Gmail                                    **Manonda Lattimore <manondalattimore@gmail.com>**

---

## ADA Accommodation Request – Immediate Intervention Required Before October 22, 2025 CBLE
1 message

---

**Manonda Lattimore** <manondalattimore@gmail.com>                        Mon, Oct 20, 2025 at 10:21 PM
To: examschedule@psionline.com
Cc: "MACK, COURTNEY M" <COURTNEY.M.MACK@cbp.dhs.gov>, REVMOD SERVICE DESK
<revmodservicedesk@cbp.dhs.gov>, MOHAMMAD.O.QURESHI@cbp.dhs.gov, Manonda Lattimore
<manondalattimore@gmail.com>, BROKERMANAGEMENT <brokermanagement@cbp.dhs.gov>

Dear PSI Services LLC,

I am submitting this urgent correspondence regarding my approved ADA accommodations for the upcoming Customs Broker License Examination (CBLE) scheduled for October 22, 2025.

For the record and clarity, the correspondence from CBP dated October 20, 2025 **below,** denies my ADA accommodation request solely on procedural and regulatory grounds (19 CFR 111.13), without reference to Title II of the ADA or Section 504 of the Rehabilitation Act. The correspondence further attributes responsibility for testing modality and scheduling to PSI Services LLC. Accordingly, I am forwarding this matter to PSI for immediate review and compliance.

On October 20, 2025, U.S. Customs (CBP) advised me as follows:

*"You also requested to take the examination in person. At this time, the examination vendor has completed scheduling of remote and in-person testing appointments, and changes to exam modality can no longer be made. Requests to change exam modality must be made prior to the close of registration."*

I was previously unaware that an additional ADA accommodation request could not be made beyond registration. CBP does not publish any timeline or interactive process for post-registration accommodation adjustments. As such, my request qualifies under extenuating ADA circumstances and cannot lawfully be denied based on general registration standards or CFR provisions that do not govern ADA compliance.

Because CBP identified PSI as the responsible vendor for testing modality, I am requesting PSI's immediate intervention to honor my ADA accommodation request and reschedule the CBLE for me within a reasonable timeframe following October 22, 2025, **allowing for in-person testing and verbal assessment** consistent with Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act.

Additionally, CBP's correspondence provided no reference to an ADA grievance channel or referral process beyond the standard examination appeal procedure. I am therefore requesting that this email be directed to the appropriate ADA compliance or oversight representative within PSI for lawful handling of this matter.

Given the proximity of the scheduled date, please confirm **by close of business October 21, 2025,** whether PSI can facilitate this accommodation or provide a lawful alternative that ensures equal access.

I reserve all rights available under the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, and related federal enforcement provisions.


Respectfully,

Manonda Grace Lattimore

P.O. Box 2743 #2007002

Carson City, NV 89702

(702) 249-0117

manondalattimore@gmail.com

October 20, 2025

**Legal Preservation Notice:**

This correspondence is submitted pursuant to Title II of the Americans with Disabilities Act (42 U.S.C. § 12132) and Section 504 of the Rehabilitation Act (29 U.S.C. § 794). Failure to provide timely response or corrective action shall constitute constructive denial of access under federal law. All communications are preserved for record and potential review in administrative or judicial proceedings.

**Time Zone Disclaimer:**

All dates and times referenced reflect Pacific Time (PT).

Cc:

BROKERMANAGEMENT@cbp.dhs.gov

MOHAMMAD.O.QURESHI@cbp.dhs.gov

COURTNEY.M.MACK@cbp.dhs.gov

revmodservicedesk@cbp.dhs.gov


Forwarded message ---------

From: **BROKERMANAGEMENT** <brokermanagement@cbp.dhs.gov>
Date: Mon, Oct 20, 2025 at 09:49
Subject: RE: Request for Modification of Existing ADA Accommodations – CBLE (October 22, 2025)
To: Manonda Lattimore <manondalattimore@gmail.com>
CC: QURESHI, MOHAMMAD O <MOHAMMAD.O.QURESHI@cbp.dhs.gov>


Good afternoon,


Broker Management has received your request for an additional reasonable modification for the October 22nd, 2025 Customs Broker License Exam. Unfortunately, we cannot update your reasonable modification request after the registration period closes, as is stated on our website.


Regarding your request for the rescheduling of your exam to a date between November 1st and November 20th, 2025, unfortunately, your request will not be granted. Per 19 CFR 11.13 (b), *"[e]xaminations will be given on the fourth Wednesday in April and October unless the regularly scheduled examination date conflicts with a national holiday, religious observance, or other foreseeable event and the agency publishes in the Federal Register an appropriate notice of a change in the examination date."*


Additionally, 19 CFR 111.13 (c) states that Special Examinations, examinations given on any date other than the fourth Wednesday in April and October, may be given *"[i]f a partnership, association, or corporation loses the required member or officer having an individual broker's license (see § 111.11(b) and (c)(2)) and its license would be revoked by operation of law under the provisions of 19 U.S.C. 1641(b)(5) and § 111.45(a) before the next scheduled examination, CBP may authorize a special examination for a prospective applicant for an individual license who would serve as the required licensed member or officer."* It also states that *"CBP may authorize a Special Examination for an individual for purposes of continuing the business of a sole proprietorship broker."*


As such, Broker Management is unable to provide a special examination date because you do not meet the above-noted regulatory specifications.

You also requested to take the examination in person. At this time, the examination vendor has completed scheduling of remote and in person testing appointments and changes to exam modality can no longer be made. Requests to change exam modality must be made prior to the close of registration.

Finally, your request to verbally defend your responses in person will not be granted. You will, however, have an opportunity to appeal in writing after the exam and after you receive your final score. Should you wish to appeal your examination results following the distribution of score notification letters, you may follow the exam appeal instructions found on our website here: How to Appeal Your Customs Broker License Exam Result | U.S. Customs and Border Protection.

Sincerely,

Broker Management Branch

Commercial Operations, Revenue, and Entry (CORE) Division

Office of Trade, Trade Policy and Programs

Customs and Border Protection

**From:** Manonda Lattimore <manondalattimore@gmail.com>
**Sent:** Saturday, October 18, 2025 8:56 PM
**To:** BROKERMANAGEMENT <brokermanagement@cbp.dhs.gov>; melba.hubbard@cbp.dhs.gov; MACK, COURTNEY M <COURTNEY.M.MACK@cbp.dhs.gov>
**Subject:** Request for Modification of Existing ADA Accommodations – CBLE (October 22, 2025)

CAUTION: This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option. If on a mobile device, please "Forward as Attachment" to CBPSOC@cbp.dhs.gov

Dear CBP Broker Management Office,

I am writing to respectfully request a modification to my existing ADA-approved accommodations for the upcoming Customs Broker License Examination (CBLE) scheduled for October 22, 2025.

**As detailed in the attached letter**, I seek to **add** an additional feature to ensure full and equitable access under Title II of the ADA and Section 504: the opportunity to verbally clarify or defend my exam responses in person before a qualified CBP or PSI representative (an alternative assessment method recognized under federal disability law).

I remain prepared to sit for the October 22 exam if no modification is authorized, but I respectfully request acknowledgment of this correspondence and confirmation of how CBP intends to proceed. To ensure timely coordination, **please provide a written response no later than October 21, 2025.**

Thank you for your time and consideration. Please confirm receipt of this message and the attached letter.

Warm regards,

Manonda Grace Lattimore

P.O. Box 2743 #2007002

Carson City, NV 89702

(702) 249-0117

manondalattimore@gmail.com

Attachment: Formal Request for ADA Accommodation Modification – CBLE (Oct 22, 2025).pdf

Sent via Certified Mail and Email for record verification.

 ☰  Gmail          🔍  cbp                                              ✕  ⚏

✉

## Request for Modification of Existing ADA Accommodations – CBLE (October 22, 2025)  Inbox ×

 **Manonda Lattimore** <manondalattimore@gmail.com>
to BROKERMANAGEMENT, MELBA, COURTNEY

Dear CBP Broker Management Office,

I am writing to respectfully request a modification to my existing ADA-approved accommodations for the upcoming Customs Broker License Examination (CBLE) schedu

**As detailed in the attached letter, I seek to add** an additional feature to ensure full and equitable access under Title II of the ADA and Section 504: the opportunity to v
method recognized under federal disability law).

I remain prepared to sit for the October 22 exam if no modification is authorized, but I respectfully request acknowledgment of this correspondence and confirmation of h

Thank you for your time and consideration. Please confirm receipt of this message and the attached letter.

Warm regards,

Manonda Grace Lattimore

P.O. Box 2743 #2007002

Carson City, NV 89702

(702) 249-0117

manondalattimore@gmail.com

Attachment: Formal Request for ADA Accommodation Modification – CBLE (Oct 22, 2025).pdf

Sent via Certified Mail and Email for record verification.



**One attachment · Scanned by Gmail       ⚑ Add to Drive**


📄 ADA Request 10-1.

①       —

U.S. Customs and Border Protection
Broker Management Branch
Attn: Customs Broker License Examination Appeals
1331 Pennsylvania Avenue NW
Washington, DC 20229-1142

October 18, 2025

**Request for Modified ADA Accommodation and New CBLE Testing Date – October 22, 2025**

Dear CBP Broker Management Branch,

I am writing to formally request a modification of my approved ADA testing accommodations for the upcoming Customs Broker License Examination (CBLE) currently scheduled for October 22, 2025. While I appreciate the limited accommodations previously granted (extended time, remote proctoring, and scheduled breaks), I was never presented with the full range of available options nor afforded the opportunity to engage in an individualized, interactive process. The onus was placed on me to determine what would be necessary to perform successfully under the law.

To remedy this, I respectfully request a new testing date and setting within 30 days of this notice to allow for appropriate implementation of ADA-compliant procedures. Specifically, I am requesting the opportunity to:

1. Test in person at either a designated PSI testing center or CBP's Broker Management office in Washington, D.C.; and
2. Verbally defend my exam responses in person, providing clarification on my reasoning, citations, and interpretive approach to each question before a qualified CBP or PSI examiner.

These adjustments are necessary to ensure that my performance is evaluated fairly and that I am not disadvantaged by limitations in the current remote and written-only testing format.

I respectfully propose that the rescheduled ADA-compliant CBLE be held between November 1 and November 20, 2025. This window falls within the requested 30-day period and provides adequate time for CBP and PSI to arrange an in-person, equivalent alternative assessment

interactive testing format consistent with federal accommodation obligations.

While CBP bears a non-discretionary statutory duty to ensure ADA-compliant access to the licensing process, PSI Services LLC, as CBP's contracted testing vendor, shares equal liability under FAR 52.222-36, Section 503, and Section 504. Both entities are jointly responsible for implementing effective, individualized accommodations and for correcting procedural failures that impede access.

1

Given that the CBLE is currently scheduled for October 22, 2025, I respectfully request written acknowledgment of this correspondence and confirmation of the revised testing arrangements or an alternative date no later than October 21, 2025. This request is made in addition to the ADA accommodations already approved, to ensure full and equitable access to the examination process.

**Timeliness and Agency Policy Deficiency**

CBP's published policy on "Reasonable Modifications Based on Disability Needs" for the Customs Broker License Examination contains no minimum or maximum timeframe for submitting accommodation requests. The only temporal limitation stated is that requests "submitted after the close of registration will not be considered." By using discretionary language such as "as early as possible," CBP establishes no binding or objective deadline. Accordingly, my October 18, 2025 request falls within a reasonable period under Title II of the Americans with Disabilities Act and Section 504 of the Rehabilitation Act.

Further, CBP's policy provides no mechanism for post-registration modification or interactive engagement, offering only a static checkbox option during exam registration. This omission contradicts the ADA's requirement of a good-faith interactive process and the federal duty to determine effective, individualized accommodations. The absence of a published procedure or timeline places the burden squarely on the agency, not the examinee, to ensure compliance and timely resolution.

**Legal Objection to Deadline-Based Denial of Accommodation**

It is a violation of Title II of the Americans with Disabilities Act (42 U.S.C. § 12132) and Section 504 of the Rehabilitation Act (29 U.S.C. § 794) to deny, restrict, or condition a reasonable accommodation based solely on an arbitrary administrative deadline. Disability-related needs are medical in nature and may evolve over time; therefore, public entities must evaluate such requests individually, even when made after a stated cutoff. Pursuant to 28 C.F.R. § 35.130(b)(7), agencies have an affirmative duty to modify policies and practices to prevent discrimination, including rigid procedural barriers. The failure to consider or act upon this accommodation request on the basis of timing alone would constitute unlawful exclusion from a public licensing opportunity and a violation of federal disability law.

Accordingly, CBP must not rely on procedural deadlines to deny my request for an in-person, verbal examination accommodation for the October 22, 2025 CBLE or any subsequent rescheduled administration. Both CBP and PSI Services LLC are jointly liable under FAR 52.222-36, Section 503, and Section 504 for ensuring that all accommodation requests are reviewed, acted upon, and implemented in full compliance with federal disability law.

**Authority and ADA Accommodation Scope**

While CBP retains licensing authority over the CBLE, PSI Services LLC, as CBP's contracted testing vendor, is bound by FAR 52.222-36 and Section 504 to ensure ADA compliance. PSI's

2

findings and recommendations therefore carry binding procedural weight, and CBP remains responsible for enforcing equitable access.

Please note that this correspondence does not constitute a withdrawal from the October 22, 2025 CBLE. I remain prepared to sit despite the disadvantage, under the currently approved accommodations, should no modification or rescheduling be authorized. This ensures uninterrupted participation in the CBLE process while my request for equitable ADA modification remains pending.

Verbal or interview-based evaluations are standard across federal employment and certification settings. My request to verbally defend my CBLE responses is consistent with these practices and represents a lawful alternative assessment method under Section 504 of the Rehabilitation Act. This format would ensure an equitable evaluation of my legal and procedural reasoning while also allowing CBP to assess my professional judgment, communication, and character, essential qualities in determining fitness for federal licensure.

**Exam Format and Consent**

For the avoidance of doubt, this correspondence does not authorize or consent to any unilateral alteration of the October 22, 2025 Customs Broker License Examination (CBLE) format or delivery method. Any modification—whether to a verbal, hybrid, or alternative assessment format—must occur only through a documented, mutually agreed ADA accommodation process.

Federal law requires that any change to an examination process for an individual with a disability be based on an individualized, interactive assessment to ensure that the accommodation is both effective and fair. Agencies and contractors are obligated to make reasonable modifications to avoid discrimination, but such changes must be developed transparently and in collaboration with the candidate.

If CBP wishes to offer an alternative testing structure, such as an in-person verbal defense or interview-style assessment, it must be scheduled separately from the October 22, 2025 administration, with written notice, procedural transparency, and adequate preparation time. This ensures that any modification is implemented equitably and in good faith under federal disability law.

This clarification preserves my rights, prevents mischaracterization of consent, and ensures that all testing adjustments occur through documented, lawful procedures.

**Please assign this request a case or tracking reference number for record verification.**

Finally, my request to verbally defend my exam aligns with Section 504's authorization of alternative assessment methods, ensuring fair evaluation of my knowledge rather than limitation by testing format.

Please advise whether CBP will honor this request and confirm the appropriate next steps for coordination with PSI.

3

For avoidance of doubt, I request confirmation that any rescheduling or accommodation-related testing arrangements will be provided at no additional expense to me, consistent with 28 C.F.R. § 35.130(f) and 29 U.S.C. § 794.

**Good Faith Disclaimer and Reservation of Rights**

This correspondence is submitted in good faith for the purpose of asserting and preserving my rights under Title II of the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, and all related federal and state provisions. Nothing in this communication shall be interpreted as a waiver of any legal, procedural, or equitable right.

I reserve the continuing right to supplement, amend, or incorporate additional facts, documentation, or legal authorities that may arise through subsequent review or disclosure. Any omission or unaddressed matter is made without prejudice and shall not be construed as abandonment of claim or position.

Respectfully,

Manonda Grace Lattimore
CBLE Examinee

P.O. Box 2743 #2007002
Carson City, NV 89702
(702) 249-0117
manondalattimore@gmail.com
October 18, 2025

**Sent via Certified Mail and Email**

4

 **Gmail**                                                    **Manonda Lattimore <manondalattimore@gmail.com>**

---

## CBP EXAM NOTICE: Customs Broker License Exam Completion Confirmation
1 message

---

**CBLE_Support@talogy.com** <CBLE_Support@talogy.com>                    Thu, Oct 23, 2025 at 3:11 AM
Reply-To: CBLE_Support@talogy.com
To: manondalattimore@gmail.com

Manonda Grace Lattimore,

Thank you for completing the U.S. Customs Broker License examination.

Please continue to monitor your email inbox (including your SPAM and junk folders) for communication regarding your exam.

A report of your answer record for the exam is now available.

To obtain a copy, login into the exam scheduling site using your username and password.

Login site URL: https://secure.vitapowered.com/CBLE/login

Username: Waysplusmeans4real25

If you do not remember your password, use the "forgot password?" link to create a new one.

Once logged in:

1. Click on the "RESULTS" tab
2. Click on "View Report"

Your answer record will open in a new window or download to your machine, based on your settings.

Please note that your answer record will only be available for 120 days after exam day. Test data is deleted after that period.

## ST&R | Sandler, Travis & Rosenberg, P.A.

**July 24, 2024 // Trade Report**

# CBP Pledges Improvements to Broker License Exam

U.S. Customs and Border Protection said recently that it plans to implement seven new recommendations on modernizing the development and administration of the customs broker license exam.

The CBLE consists of 80 multiple-choice questions and a score of 75 percent is required to pass. Exam topics typically include entry, classification, trade agreements, valuation, broker compliance, power of attorney, marking, drawback, bonds, foreign-trade zones, warehouse entries, intellectual property rights, fines, penalties, and forfeitures, and other subjects pertinent to a broker's duties.

According to information from CBP's Customs Commercial Operations Advisory Committee, 1,132 individuals registered to take the May 1, 2024, CBLE, including 953 who took the exam at on-site test centers and 179 who took it remotely. The pass rate for this exam was 13 percent.

Due to a number of concerns about the CBLE, in November 2023 CBP kicked off consultation focus sessions with COAC's Broker Modernization Working Group on how to provide consistent and reliable exam content across administrations and ensure an efficient exam process from creation through delivery. That working group met four times in recent months to continue those discussions, with particular focus on exam frequency, structure, administration, and content. Those sessions resulted in the following recommendations for CBP action, which COAC formally adopted at its June 2024 meeting and which CBP said it will work to implement.

- utilize industry experts, including industrial-organizational psychologists and trade industry specialists, to provide input for the development of CBLE questions

- provide a statistically valid and reliable exam that maintains a consistent level of difficulty across administrations and accurately assesses the requisite knowledge necessary for individuals to become licensed customs brokers

- offer and administer the CBLE more frequently, at a minimum every quarter

- investigate the practicality of providing flexible on-demand scheduling and test taking

- provide a modern and functional exam platform for all CBLE candidates (remote and in-person) that allows the test-taking experience to be consistently reliable and absent from technological failures

- reduce reliance on paper-based reference materials and instead transition incrementally to fully functional electronic references for both remote and in-person exams

- eliminate the need for the current appeals process by improving the quality of the exam before administration (and immediately consider taking interim steps that help streamline the appeals process in the meantime)

For more information on the CBLE, including ST&R's well-regarded prep course, please contact Paula Connelly via email or at (781) 897-1771.

*Copyright © 2025 Sandler, Travis & Rosenberg, P.A.; WorldTrade Interactive, Inc. All rights reserved.*

# ST&R: International Trade Law & Policy

Since 1977, we have set the standard for international trade lawyers and consultants, providing comprehensive and effective customs, import and export services to clients worldwide.

**View Our Services**

**To receive ST&R Trade Report articles directly to your inbox**